UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO B. HERNANDEZ, III,

    Plaintiff,

v.

NEIL McDOWELL, Warden; et al.,

    Defendants.

No. C 14-4548 SI (pr)

**ORDER OF TRANSFER**

    Plaintiff, an inmate at the Ironwood State Prison, filed this civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at that prison, which is located within Riverside County. Riverside County is within the venue of the Central District of California. The named defendants work at that prison, and apparently reside in the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: December 12, 2014

_____
SUSAN ILLSTON
United States District Judge